Circuit. Denied February 27, 1899. *Mr. Alexander Pope Humphrey* and *Mr. George M. Davie* for petitioner. *Mr. Edmund F. Trabue* opposing.

---

No. 684. VENNER *v.* FARMERS' LOAN AND TRUST COMPANY. Sixth Circuit. Denied February 27, 1899. *Mr. Alfred Russell* for petitioner. *Mr. Frederick B. Van Vorst* opposing.

---

No. 685. ADRIAN WATER WORKS COMPANY *v.* FARMERS' LOAN AND TRUST COMPANY. Sixth Circuit. Denied February 27, 1899. *Mr. Andrew Howell* for petitioner. *Mr. Frederick B. Van Vorst* opposing.

---

No. 711. GREAT SOUTHERN FIRE PROOF HOTEL COMPANY *v.* JONES. Sixth Circuit. Granted February 27, 1899. *Mr. J. K. Richards* and *Mr. D. F. Pugh* for petitioner. *Mr. Talfourd P. Linn*, *Mr. George K. Nash* and *Mr. J. H. Outhwaite* opposing.

---

No. 720. MOFFETT, HODGKINS & CLARKE COMPANY *v.* CITY OF ROCHESTER. Second Circuit. Granted February 27, 1899. *Mr. Thomas H. Carter* and *Mr. Louis Marshall* for petitioner. *Mr. John F. Kinney* opposing.

---

No. 627. ADRIAANS *v.* ALVEY. Court of Appeals of the District of Columbia. Denied March 6, 1899. *Mr. William A. Cook* and *Mr. William A. Meloy* for petitioner. *Mr. Solicitor General* opposing.

---

No. 712. SAXLEHNER *v.* EISNER & MENDELSON COMPANY No. 713, SAXLEHNER *v.* SIEGEL-COOPER COMPANY; No. 714, SAXLEHNER *v.* GIES; No. 715, SAXLEHNER *v.* MARQUET; and No. 716, SAXLEHNER *v.* NIELSEN. Second Circuit. Granted